E. MARTIN ESTRADA                                    JS-6
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ELIZABETH LANDGRAF, CSBN 313184
Special Assistant United States Attorney
      Office of Program Litigation, Office 7
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      Tel: 510-970-4828
      E-mail: Elizabeth.Landgraf@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MARK LAWRENCE BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,[1]<br><br>Acting Commissioner of Social Security,<br><br>        Defendant. | No. 2:23-cv-06106-DTB<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: _____ February 28, 2024

_____
HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2