**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mark Lawrence Brown,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:23-cv-06106-DTB<br><br>|~~PROPOSED~~| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FIVE-HUNDRED DOLLARS and 00/100 ($7,500.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

　　IT IS SO ORDERED.

May 30, 2024
DATE:_____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. DAVID T. BRISTOW
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE